DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FOURTH DISTRICT

**MICHAEL J. NEWMAN,**
Appellant,

v.

**BELINDA SPIVEY,**
Appellee.

No. 4D21-1563

[March 24, 2022]

Appeal from the Circuit Court for the Seventeenth Judicial Circuit, Broward County; Jeffrey R. Levenson, Judge; L.T. Case No. CACE17-18001.

Bryce J. Gilbert of Gilbert Law Group, P.A., Hollywood, for appellant.

Belinda Spivey, Pompano Beach, pro se.

PER CURIAM.

*Affirmed.*

GROSS, MAY and CIKLIN, JJ., concur.

\*          \*          \*

***Not final until disposition of timely filed motion for rehearing.***